In the Matter of the Estate of ARLINGTON C. HALL, Deceased. LAURA E. HALL et al., Appellants; HARVEY M. HALL et al., Respondents.

Argued March 2, 1953; decided April 16, 1953.

*James N. Vaughan* and *Joseph W. Drake* for Laura E. Hall, appellant.

*Alfred W. Bergren* and *John F. Lydon, Jr.,* for New York Institute for the Education of the Blind, appellant.

*Martin Lippman, Leo V. McLaughlin* and *Sidney Kant* for respondents.

On appeal from original order of May 20, 1952: Appeal dismissed. On appeal from resettled order of June 24, 1952: Order affirmed, with one bill of costs to respondents and printing disbursements to each of the parties appearing and filing separate briefs herein, payable out of the estate. No opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.